**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

EDWARD B. SPENCER,

Plaintiff,

v.

L. VALDEZ, et al.,

Defendants.

No. 1:23-cv-00357 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING DEFENDATNS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE WITHIN TWENTY DAYS

(Docs. 29, 35)

Plaintiff is proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 8, 2024, the magistrate judge issued Findings and Recommendations recommending that Defendants' motion to revoke Plaintiff's in forma pauperis status be granted, finding that Plaintiff suffered three or more strikes under 28 U.S.C. ¶ 1915(g), and he failed to demonstrate that he was under imminent danger of serious physical injury at the time he filed the complaint. (Doc. 35.)

Plaintiff filed objections on July 22, 2024. (Doc. 37.) In his objections, Plaintiff continues to argue that this case should be stayed pending the appeals in in *Spencer v. Milan*, No. 1:20-cv-00682 JLT GSA (E.D. Cal.), *Spencer v. Jasso*, No. 1:20-cv-00909 JLT GSA (E.D. Cal.), *Spencer v. Pulido-Esparza*, No. 1:20-cv-01176 JLT GSA (E.D. Cal.), and *Spencer v. Barajas*, No.

1:23-cv-01033 JLT GSA (E.D. Cal.). (Doc. 37.) However, as stated in the Court's May 22, 2024, order, pursuant to the Supreme Court's ruling in *Coleman v. Tollefson*, 575 U.S. 532, 537 (2015), the district court's dismissal of an action on a statutorily enumerated ground under 28 U.S.C. § 1915(g) immediately counts as a strike as to all later-filed additional actions. (Doc. 32 at 2.) Accordingly, Plaintiff's argument is rejected.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 8, 2024 (Doc. 35) are **ADOPTED** in full.
2. Defendants' motion to revoke Plaintiff's *in forma pauperis* status is GRANTED.
3. Plaintiff shall pay the $402.00 filing fee within **20 days** from the date of this order.
4. Plaintiff's failure to pay the filing fee in full will result in dismissal of the action.

IT IS SO ORDERED.

Dated: **July 23, 2024**

[signature]
UNITED STATES DISTRICT JUDGE