1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD B. SPENCER,                    No.  1:23-cv-00357-JLT-SAB (PC)

12                Plaintiff,               ORDER GRANTING PLAINTIFF'S
                                           REQUEST TO STOP DEDUCTION OF
13          v.                             FILING FEE FOR THIS ACTION

14   L. VALDEZ, et al.,                    (ECF No. 39)

15                Defendants.

16

17          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant

18   to 42 U.S.C. § 1983.

19          On July 23, 2024, Defendants' motion to revoke Plaintiff's in forma pauperis status was

20   granted, finding that Plaintiff suffered three or more strikes under 28 U.S.C. ¶ 1915(g), and he

21   failed to demonstrate that he was under imminent danger of serious physical injury at the time he

22   filed the complaint. (ECF No. 35.)  Plaintiff was directed to pay the filing fee in full within 20

23   days or the action will be dismissed.  (Id. at 2.)

24          On July 29, 2024, Plaintiff filed a request to stop the deduction of the filing fee for this

25   action.  (ECF No. 39.)

26          In Meyers v. Birdsong, 83 F.44th 1157, 1161 (9th Cir. 2023), the Ninth Circuit held that

27   "§ 1915(b) neither permits nor requires the collection of fees" from a prisoner who seeks in forma

28   pauperis status but whose request is denied pursuant to 28 U.S.C. § 1915(g).  See also Smith v.

1

Dist. of Columbia, 182 F.3d 25, 29–30 (D.C. Cir. 1999) (holding that prisoner whose request for in forma pauperis status was denied pursuant to 28 U.S.C. § 1915(g) was not required to pay filing fee out of prison account).  Although Meyers concerned an appeals court fee, the Ninth Circuit's reasoning applies equally to an initial filing fee, as does the language of § 1915. See 28 U.S.C. § 1915(b)(1) (referring to "a civil action" and "an appeal" without differentiation).  In this case, no filing fee has been collected in this case and no refund is due.  However, no future deduction may be collected.

Accordingly, it is HEREBY ORDERED that:

(1) The Director of the California Department of Corrections and Rehabilitation or a designee to stop collecting and making payments from Plaintiff's trust account to satisfy the balance of the filing fee in this action;

(2) The Clerk of the Court is directed to serve a copy of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814; and

(3) The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the Court.

IT IS SO ORDERED.

Dated:   **July 30, 2024**

UNITED STATES MAGISTRATE JUDGE

2