**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD B. SPENCER, | No.  1:23-cv-00357 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| L. VALDEZ, et al., | |
| Defendants. | (Docs. 54, 63) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On February 28, 2026, the assigned magistrate judge issued findings and recommendations recommending Defendants' motion for summary judgment be granted.  (Doc. 63.)  The Court served the findings and recommendations on the parties and informed them that any objections were due in 21 days.  (*Id.* at 13.)  Plaintiff filed objections March 6, 2026, and Defendants filed a reply to those objections on March 20, 2026. (Docs. 66, 67.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  The findings and recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on January 28, 2026, (Doc. 63), are **ADOPTED.**

2.  Defendants' motion for summary judgment filed on November 5, 2025, (Doc. 54) is

1

**GRANTED.**

3.  The Clerk of Court is directed to enter judgment in favor Defendants and close the case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
UNITED STATES DISTRICT JUDGE